

Page 1 of 2
FOIL Request
By Desiree Yagan

**DESIREE YAGAN   (315) 440-6133**
**PO Box  645 Dewitt, New York 13214**

RCVD '19 JUL 17  4:02PM
Onon Cnty Dept of Law

July 17, 2019

Received by: _Yvette Velasco ESQ_  Time: 4:01
                    Yvette Velasco

Hand Delivered

**Onondaga County Department of Law**
**Robert Durr Esq. County Attorney**
**Civic Center 10th Floor  Syracuse, New York 13202**

> **FOIL Request**
> Letter to Joanne Mahoney Onon. County Executive (10 pp) Feb 23, 2018: and Letter to 911 Commissioner  To Ensure 911 Records, CAD Reports  & Tapes Preserved. Faxed Letter  (4 pp) to 911 Emergency Commissioner William Bleyle March 14, 2018  re: 911 Tapes recordings, CAD Reports & Records.  Evidence: Vehicular Assault

**1. LETTER TO ONONDAGA COUNTY EXECUTIVE JOANNE MAHONEY FAXED BY DESIREE YAGAN.**

Faxed Feb 23, 2018 To Onondaga County Executive Joanne Mahoney From Van Duyn Rehab. Center Time: 16:12 (Ten pages) after conversation with her staff re: 911 Tapes.  First Sentence: "Request You Ensure the 911 Tapes of Calls, Memorandum's, CAD Reports & related Computer Data Be Preserved. Stated 911 Emergency Online FOIL with Statement as John Dietz  911 FOIL Officer Would Not return my calls. Following our conversation that he Provide printout of my FOIL Request for my record.

<u>John Dietz 911 FOIL Officer  said he received and is reviewing my FOIL Request. Online FOIL said: Tape Recordings, all CAD Reports & records relating to 911 Calls Nov 30, 2017 Must be Preserved</u>. ⇒Evidence against Motorist Candelaria Gonzalez who suddenly accelerated from her parking space at Shoppingtown Mall  in the parking Lot. *Slammed her car into me throwing me backwards to the ground. Exited her SUV and called 911.* Request Copy with original Fax  with information at top of each page:  Date, time and page no.

**(2)   ONLINE FOIL REQUEST  SENT FROM VAN DUYN COMPUTER TO 911 WEBSITE**. Email Forwarded to Lori Hable secretary 911 Commissioner William R. Bleyle. Date: Feb 27, 2018   Printed & sent.

**(3)   LETTER TO 911 COMMISSIONER WILLIAM  R. BLEYLE** (4 pp). Hand written on March 14, 2018 and Faxed From Desiree Yagan to  (315) 435-8620. <u>Letter has notation</u> "Recovering from Fractures caused by motorist intentional vehicular assault Nov 30, 2017." Stated  letter from 911 had been opened and left  a week later on bed opened.  Online 911 FOIL intercepted by Staff from Van Duyn. Feb 16, 2018 online FOIL recounts False Police Accident Report and  Rehabilitation Center.

- **Attached:** Letter to 911 Commissioner William Bleyle (4 pp) Faxed Mar 14, 2018  Stamped "Received March 15, 2018 Onondaga County..." and  Letter to Onondaga County Executive Joanne Mahoney (10 pages). Faxed Feb 23, 2018.  (For Reference).

Page 2 of 2
FOIL Request
By Desiree Yagan

- **Request copies of all correspondence** From Desiree Yagan⇒ and all responses.

- **Request copies carefully duplicated**. *Request Each Page ⇒Certified true copy of original. REQUIRED, AS RECORDS ARE EVIDENCE. Court of Claims in Medical Malpractice suit against Upstate University Hospital, Upstate Hospital ER Doctor Brian Kistler et al.[FN 1]

Medical Malpractice interrelated lawsuit against Van Duyn Rehab Center Staff and SJH Hospital. Van Duyn Rehab Center, Dr. David Liu, Lisa Cyr RN Floor Manager (7th Floor) and Van Duyn Rehab Center staff ⇒Calculated Continuous False Entries in Progress Notes. Falsifying Patient's Medical Records, Medicaid and Insurance Fraud (GEICO) re: Client DOH employee Candelaria Gonzalez. Motorist who brazenly ⇒lied to 911 Emergency and Dewitt Police Officer Kevin Skibinski.

MV-104A False Accident Report states in part: "Driver 2" pulled out of parking space less than 5 MPH at Shoppingtown Mall. Saw Pedestrian standing in front of her vehicle Stopped ...and Pedestrian Fell. (MV-104A) False Police Accident Report # 17-559381 Filed by Dewitt Police officer Kevin Skibinski.

Thank you,
Desiree Yagan

Cc: COOG Director Robert Freeman

*Desiree Yagan* (signature)

Desiree Yagan (315) 440-6133
Address: 1162 West Belden Ave
Syracuse, New York 13204

---

[FN 1] Upstate University Hospital pattern of Medical Malpractice. Evidence: Lawsuit filed 2011 by Neurosurgeon James Holsapple. Captioned: *Holsapple MD. v Upstate Hospital*.